IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILLIAM TREGEMBO,**

    Plaintiff,

v.                                                                      Civil Action No. **3:20CV385**

**A. TAYLOR,** *et al.,*

    Defendants.

### MEMORANDUM OPINION

On July 13, 2020, the United States Postal Service returned a June 26, 2020 Memorandum Order to the Court marked, "RETURN TO SENDER," and "ADDRESSEE NOT IN OUR FACILITY." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                               /s/
                                                    John A. Gibney, Jr.
                                                    United States District Judge

Date: <u>17 July 2020</u>
Richmond, Virginia